PROB 12D
(ILSP 11/11)

# UNITED STATES DISTRICT COURT
## for the
## Southern District Of Illinois
### Request for Summons and Modification of the Conditions or Term of Supervision

Name of Offender:  Lowell Thomas Lakin                                Docket No. 0754 3:07CR30068-001

Name of Sentencing Judicial Officer:  Honorable J. Phil Gilbert, U.S. District Judge

Date of Original Sentence:  October 8, 2008

Original Offense:    Ct. 1:  Maintaining a Residence for Distribution and Use of a Controlled Substance;

                          Ct. 16:  Possession with Intent to Distribute Cocaine; and

                          Ct. 17:  Distribution of Cocaine to a Minor

Original Sentence:   Cts: 1, 16 and 17: 72 months in Bureau of Prisons (concurrent); followed by

                          Cts: 1 and 16: Three years Supervised Release and Ct. 17: Six years Supervised Release (concurrent)

Type of Supervision:  Supervised Release                    Date Supervision Commenced:  November 29, 2013

Custody Status:  Offender is not in custody and remains on supervision.

Assistant U.S. Attorney:  Stephen B. Clark  and Kevin Burke                   Defense Attorney:  N. Scott Rosenblum

---

## PETITIONING THE COURT

The offender, not having waived a hearing, the probation officer requests that a summons be issued and a hearing held to modify the conditions of supervision as follows:

> The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

> The defendant shall participate in an approved sexual offender treatment program, at his own expense, as directed by the probation officer.  If deemed necessary, defendant shall submit to an approved, sexual-predator evaluation.  Defendant shall abide by all rules, requirements, and conditions for the treatment program, including submission to polygraph and/or plethysmograph examination, at his own expense, to determine if he is in compliance with the conditions of his release.  Defendant shall remain in the program until successfully completed, or until such time as defendant is released from the program by the court and/or probation officer.

> The defendant shall not associate with persons under the age of 18 except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense and who has been approved by the probation officer.

PROB 12D
(ILSP 11/11)

The defendant shall permit the probation office access to any personal computer and/or electronic device capable of accessing the Internet, World Wide Web, and electronic mail. Defendant shall also allow the probation officer or designee to conduct regular searches of his computer using software monitoring devices if determined necessary by the probation officer. Defendant shall advise the probation officer of all electronic mail addresses he uses on both public and private computers. Defendant shall consent to third-party disclosure to any employer or potential employer, concerning any computer-related restriction that may be imposed upon him. Defendant shall warn other resides or occupants of his home that computer systems will be subject to inspection by the probation officer and/or authorized contractor.

CAUSE

**U.S. Probation Officer Recommendation:**

Due to the nature of the offender's offense conduct and the fact that he will have to register in the State of Illinois as a Sex Offender, the probation office would respectfully request a hearing to modify the conditions of his supervised release. The above-mentioned conditions would greatly assist the probation office in effectively monitoring this offender during the term of his supervision.

Assistant U.S. Attorney Stephen B. Clark was made aware of this proposed modification and does not object to the Court being petitioned to modify the offender's conditions.

I declare under penalty of perjury that the forgoing is true and correct.

by _____
Crystal D. Mitchell
U.S. Probation Officer

Date: December 12, 2013

**Offender Name: Lowell Thomas Lakin**
**Docket Number: 0754 3:07CR30068-001**
CDM:ajl

- ☐ No Action
- ☒ The Issuance of a Summons
- ☐ Other:

_____
Judge J. Phil Gilbert, U.S. District Judge

12-18-13
Date

cc: Stephen B. Clark and Gerald Burke, AUSA