PROB 12B
(ILSP 11/11)

# UNITED STATES DISTRICT COURT
for the
Southern District Of Illinois
Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Lowell Thomas Lakin                                                  Docket No. 0754 3:07CR30068-001

Name of Sentencing Judicial Officer:  Honorable J. Phil Gilbert, U.S. District Judge

Date of Original Sentence:  October 8, 2008

Original Offense:   Ct. 1:   Maintaining a Residence for Distribution and Use of a Controlled Substance;
                    Ct. 16:  Possession with Intent to Distribute Cocaine; and
                    Ct. 17:  Distribution of Cocaine to a Minor

Original Sentence:  Cts. 1, 16, and 17: 72 months Bureau of Prisons (concurrent), followed by Cts. 1 and 16: three year term of Supervised Release; and Ct. 17: six year term of Supervised Release (concurrent)

Type of Supervision:  Supervised Release                              Date Supervision Commenced:  November 29, 2013

Assistant U.S. Attorney:  Stephen B. Clark                            Defense Attorney:  N. Scott Rosenblum

## PETITIONING THE COURT

☐  To extend the term of supervision for

☒  To modify the conditions of supervision as follows:

The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

The defendant shall participate in an approved sexual offender treatment program, as directed by the probation officer.  If deemed necessary, the defendant shall submit to an approved, sexual-predator evaluation, as directed by the probation officer.  The defendant shall abide by all rules, requirements, and conditions of the treatment program, including submission to polygraph and/or plethysmograph examination to determine compliance with the conditions of release.  The defendant shall remain in the program until successfully completed, or until such time as the defendant is released from the program by the Court and/or probation officer.  The defendant shall pay for the costs associated with services rendered, based on a Court approved sliding fee scale as directed by the probation officer. The defendant's financial obligation shall never exceed the total cost of services rendered.

The defendant shall not associate with persons under the age of 18 except in the presence of a responsible adult, who is aware of the nature of the defendant's background and current offense and who has been approved by the probation officer.

The defendant shall permit the probation officer to have access to any personal computer and/or electronic device capable of accessing the Internet, World Wide Web, and Electronic Mail.  The defendant shall also allow the probation officer or designee to conduct regular searches of his computer and/or electronic device using software monitoring devices if determined necessary by the probation officer.  The defendant shall consent to third-party disclosure to any employer or potential employer, concerning any computer-related restrictions that may be imposed upon him. The defendant shall inform other residents or occupants of his home that computer systems will

Offender Name:  Lowell Thomas Lakin
Docket Number:  0754 3:07CR30068-001

be subject to inspection by the probation officer and/or authorized contractor.

Previous Violation Reports Submitted to the Court:  Request for summons and modification (December 2013)

**U.S. Probation Officer Recommendation:**

Due to the nature of the offender's offense conduct and the fact that he will have to register as a sex offender, the probation office would respectfully request that the above mentioned conditions be imposed.  The above mentioned conditions would greatly assist the probation office in effectively monitoring the offender during his term or supervision.

Enclosed for the Court's review is the Waiver of Hearing to Modify the Conditions of Supervised Release signed by the offender.  The Court should note that prior to signing the waiver, the offender's rights to a hearing and the assistance of counsel were explained in detail.  Furthermore, Assistant U.S. Attorney Stephen B. Clark was made aware of this proposed modification and does not object to the Court being petitioned to modify the offender's conditions indicated above.

Respectfully submitted,

by  _____
Richard J. Wactor
U.S. Probation Officer

Date:  February 7, 2014

RJW:ajl

---

☐ No Action
☐ The extension of supervision as noted above
☒ The modification of supervision as noted above
☐ Other:

_____
U. S. District Judge
2014.02.07 09:40:45 -06'00'

Judge J. Phil Gilbert, U.S. District Judge

February 7, 2014
Date

cc:  Stephen B. Clark, AUSA
     N. Scott Rosenblum, AFPD

PROB 49

# UNITED STATES DISTRICT COURT

## Southern District Of Illinois
## Waiver of Hearing to Modify Conditions
## of Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

The defendant shall participate in an approved sexual offender treatment program, as directed by the probation officer. If deemed necessary, the defendant shall submit to an approved, sexual-predator evaluation, as directed by the probation officer. The defendant shall abide by all rules, requirements, and conditions of the treatment program, including submission to polygraph and/or plethysmograph examination to determine compliance with the conditions of release. The defendant shall remain in the program until successfully completed, or until such time as the defendant is released from the program by the Court and/or probation officer. The defendant shall pay for the costs associated with services rendered, based on a Court approved sliding fee scale as directed by the probation officer. The defendant's financial obligation shall never exceed the total cost of services rendered.

The defendant shall not associate with persons under the age of 18 except in the presence of a responsible adult, who is aware of the nature of the defendant's background and current offense and who has been approved by the probation officer.

The defendant shall permit the probation officer to have access to any personal computer and/or electronic device capable of accessing the Internet, World Wide Web, and Electronic Mail. The defendant shall also allow the probation officer or designee to conduct regular searches of his computer and/or electronic device using software monitoring devices if determined necessary by the probation officer. The defendant shall consent to third-party disclosure to any employer or potential employer, concerning any computer-related restrictions that may be imposed upon him. The defendant shall inform other residents or occupants of his home that computer systems will be subject to inspection by the probation officer and/or authorized contractor.

_____  Lowell Thomas Lakin   1-30-14
(Authorizing Signature – Full name)  (Full name – Printed or Typed)   Date

Witness-　　　　　　　　　　_____　　　　　1/30/14
　　　　　　　　　　　　　　Richard J. Wactor　　　　　　　　　　Date
　　　　　　　　　　　　　　U.S. Probation Officer